

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Angelita Fernandez,                                  * From the 32nd District Court
                                                       of Mitchell County, Texas
                                                       Trial Court No. 7560.

Vs. No. 11-16-00351-CR                               * January 6, 2017

The State of Texas,                                  * Per Curiam Memorandum Opinion
                                                       (Panel consists of: Wright, C.J.,
                                                       Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.